## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSEPH L. EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:08-mc-0069 |
| | ) | Judge Trauger |
| OLIVER FREELY, individually, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The court cannot make sense of the Application to Proceed *In Forma Pauperis* (Docket No. 2).  Mr. Evans states that he is unemployed and yet lists on page 3 of the Application that the total monthly income of him, his spouse and his dependents is $2,300.  He lists six children who supposedly receive $800 or $900 per month in child support payments, but states that they are living with the mother, rather than with him.  Therefore, any income they are receiving does not contribute to his living expenses.  On page 7 he lists monthly living expenses that total $1,415 but, instead, shows total living expenses of $40.81.  At the top of the living expense page, there is a reference to the "Nashville Rescue Mission."  If the plaintiff is living at the Nashville Rescue Mission, his living expenses would not be $1,415 per month.

It is hereby **ORDERED** that the plaintiff has thirty (30) days within which to file an amended application to proceed in forma pauperis that he has carefully read and filled in properly so that the court can make sense of it.

It is so **ORDERED.**

Enter this 21st day of March  2008.

_____

ALETA A. TRAUGER
U.S. District Judge